|   |   |
|---|---|
| HOSEA L. ANDREWS | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s) |  |
|  | Hon. Jose L. Linares |
| -vs- | Civil Action No. 06-1039 (JLL) (CCC) |
|  |  |
| HANOVER MARRIOTT et al | **ORDER ON ORAL MOTION** |
|  | **SCHEDULING CONFERENCE** |
| Defendant(s) |  |

The above entitled case has been assigned to me for case management.

**IT IS on this 28th day of September, 2007**

**ORDERED THAT:**

1. The conference scheduled for **October 9, 2007 at 2:30 p.m.** <u>is adjourned</u>.

2. By **October 9, 2007** the parties shall indicate what discovery remains to be completed.

3. By **October 9, 2007** the parties shall confer regarding settlement.

4. By **October 16, 2007** the parties shall submit to the Court confidential settlement letters not to exceed two (2) pages in length advising as to the status of settlement discussions, it is further;

**ORDERED THAT** all further communications with the Court shall be in writing.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File